No. 83–1058. HALL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–1059. LANGEN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 83–1060. LAWTHER *v.* JACOBS MANUFACTURING CO. C. A. 5th Cir. Certiorari denied.

No. 83–1062. BAGLEY ET AL. *v.* COLLINS ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–1063. BRUMLEY ESTATE ET AL. *v.* IOWA BEEF PROCESSORS, INC. C. A. 5th Cir. Certiorari denied.

No. 83–1064. BLACKWELL *v.* MUNICIPAL COURT OF CALIFORNIA, LOS ANGELES COUNTY, MALIBU JUDICIAL DISTRICT, ET AL. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 83–1071. MCGINTY ET AL. *v.* SMITH, DISTRICT ATTORNEY OF SAN FRANCISCO, CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 83–1078. JEFFBOAT, INC. *v.* ROBERTSON, ADMINISTRATOR OF THE ESTATE OF ROBERTSON. C. A. 6th Cir. Certiorari denied.

No. 83–1079. TRAVERS *v.* TRAVENOL LABORATORIES, INC. C. A. 7th Cir. Certiorari denied.

No. 83–1083. SWEPENISER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–1088. NICHOLS *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 83–1095. TAYLOR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–1099. ARRINGTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–1101. NILES *v.* UNIVERSITY INTERSCHOLASTIC LEAGUE ET AL. C. A. 5th Cir. Certiorari denied.